**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**THOMAS MCBEE,**

    **Plaintiff,**

v.                                                           **Case No.  8:03-cv-2374-T-30TBM**

**SUN MICRO STAMPING, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court for a bench trial regarding damages in this matter on April 15, 2005. The Court, having heard the testimony of the Plaintiff and noting that the Defendant did not appear, finds that Plaintiff is entitled to $97,000.00 in past lost wages and $13,000.00 for pain and suffering. Having reviewing Plaintiff's counsel's attorney time and billing records, the Court also finds that Plaintiff is entitled to $7,575.00 in attorney's fees ($250 per hour x 30.3 hours) and $210.00 in taxable costs ($150.00 filing fee + $60.00 for service of the complaint).

It is therefore ORDERED AND ADJUDGED that:

1. The Clerk is directed to enter a final judgment in favor of Plaintiff Thomas McBee against Defendant Sun Micro Stamping, Inc., 14055 U.S. 19 North, Clearwater, Florida 33764 in the total amount of $117,785.00, which consists of $97,000.00 in past lost wages, $13,000.00 in pain and suffering, $7,575.00 in attorney's fees and $210.00 in taxable costs.

2. The Clerk is directed to close this case and terminate all pending motions.

**DONE** and **ORDERED** in Tampa, Florida on September 13, 2005.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Even\2003\03-cv-2374.damage judgment.wpd